

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-18-00333-CV

———————————————

## IN RE NRB CONSTRUCTION, LLC AND NICKY BRATCHER, Relators

Original Proceeding
Trial Court No. 184,845-C

Before Sudderth, C.J.; Meier and Birdwell, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

We have received notice that the trial court has issued an order that withdraws its October 16, 2018 order, allows relators to proceed with the depositions that were the subject of the October 16, 2018 order, and directs the parties to obtain a trial date from the court's administrator and to work together on a second amended scheduling order to reset deadlines in consideration of the new trial setting. Accordingly, this original proceeding has been rendered moot by the trial court's November 5, 2018 order, and we dismiss it for want of jurisdiction. The disposition of this original proceeding serves to lift the stay of the trial date previously granted by this court. *See* Tex. R. App. P. 52.10(b).

Per Curiam

Delivered: November 8, 2018